**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEFF SANTOS and SANTIAGO
CADENAS,

          Plaintiffs,

v.                              Case No.: 6:23-cv-1136-WWB-RMN

ACTION NISSAN, INC.,

          Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record.  On August 29, 2023, the Court stayed these proceedings pending arbitration and directed Plaintiffs to file a status report regarding arbitration on or before February 27, 2024, and every 180 days thereafter.  (Doc. 21 at 1).  Plaintiffs did not timely file their first report.  Accordingly, the Court entered an Order (Doc. 22) directing them to file their report on or before April 17, 2024, and to show cause why sanctions should not be imposed.  (*Id.* at 1).  Plaintiffs did not timely file a status update.  Additionally, the deadline for Plaintiffs to file their second status report has now also lapsed without action by Plaintiffs.  Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**.  The Clerk is directed to lift the stay and administrative closure of this case and then close this case.

**DONE AND ORDERED** in Orlando, Florida on September 6, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record